ACCEPTED
01-14-00843-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 3:52:22 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00843-CV

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 3:52:22 PM
CHRISTOPHER A. PRINE
Clerk

## RAYMOND ESPINOSA,

*Appellant,*

**v.**

## AARON'S RENTS, INC., AARON'S INC., AARON'S SALES & LEASE OWNERSHIP, and NICOLE LEE,

*Appellees.*

**On Appeal from the District Court of Harris County, Texas, 129th Judicial District
Cause Number 2010-70720**

## MOTION TO STRIKE

Pursuant to Tex. R. App. P. 9.4(k), 38.1, and 38.9(a), Appellees Aaron's Rents, Inc., Aaron's, Inc., Aaron's Sales & Lease Ownership, and Nicole Lee ("Appellees") move to strike the Affidavit of Jimmie Norris and the Affidavit of Jared Ynigez, attached as Exhibits A and B, respectively, to Appellant's Reply Brief because these affidavits are not part of the record and Appellant did not make a motion to supplement the record in this case.

Tex. R. App. P. 38.1(i) provides that the appellant's brief must contain "appropriate citations . . . to the record" of the trial court. Appellant's Reply brief cites to Affidavits of Jimmie Norris and Jared Ynigez that were not included in the trial court's record and were prepared <u>after</u> Appellees filed their brief in this appeal. Specifically, the Affidavit of Jimmie Norris is dated May 4, 2015 and the Affidavit of Jared Ynigez is dated May 1, 2015. (*See* Appellant's Reply, Exhibits A and B.) Appellant's reliance on these affidavits is therefore improper. Accordingly, Appellees respectfully request that the Court strike the Affidavits of Jimmie Norris and Jared Ynigez from Appellant's Reply and decline to consider these Affidavits. See Tex. R. App. P. 9.4(k), 38.9(a); *Till v. Thomas*, 10 S.W.3d 730, 733 (Tex. App.—Hou. [1st Dist.] 1999, no pet.) ("This Court must hear and determine a case on the record as filed, and may not consider documents attached as exhibits to briefs.").

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Dion Y. Kohler*
Virginia Mixon Swindell
Texas Bar No. 00794711
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, TX 77002-7332
(713) 650-0404 (Telephone)
(713) 650-0405 (Facsimile)
swindelv@jacksonlewis.com

Dion Y. Kohler
Georgia Bar No. 427715, *admitted pro hac vice*
1155 Peachtree Street, Suite 1000
Atlanta, Georgia  30309-3600
(404) 525-8200 (Telephone)
(404) 525-1173 (Facsimile)
kohlerd@jacksonlewis.com

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I certify that on May 12, 2015, I served a copy of this document, *Motion to Strike*, on the parties listed below by electronic service and that the electronic transmission was reported as complete. My email address is KohlerD@jacksonlewis.com.

Robert Teir
Robert Teir, PLLC
845 FM 517 W, Suite 200
Dickinson, Texas 77539
(832) 365-1191 [Telephone]
(832) 550-2700 [Facsimile]

*/s/ Dion Y. Kohler*
Dion Y. Kohler